# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY PRENTICE, (a.k.a. Ammianus Pompilius) | Case No.: 2:21-cv-00369-JAD-VCF |
| Plaintiff | |
| v. | |
| CHARLES DANIELS, et al., | **Order** |
| Defendants | |

TRENTON HARRIS,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

PABLO TORRES,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

COLLIN MONGE,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

MARTIN GILLEN,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

---

CHAD HAEFNER,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

---

DAVID KLEIN,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

---

NICHOLAS A NAVARRETTE,

    Plaintiff

v.

CHARLES DANIELS, et al.,

    Defendants

| | |
|---|---|
| BRYAN P. BONHAM, | |
| Plaintiff | |
| v. | |
| CHARLES DANIELS, et al., | |
| Defendants | |
| MICHAEL CURTIS, | |
| Plaintiff | |
| v. | |
| CHARLES DANIELS, et al., | |
| Defendants | |

On May 20, 2021, the Court entered a screening order in this case. (ECF No. 7). The Court physically mailed each named plaintiff in this action a copy of that screening order, a copy of the complaint, and an application to proceed *in forma pauperis*. Therefore, the Clerk of the Court did not attach the complaint or application to proceed *in forma pauperis* to the notice of electronic filing.

Named plaintiffs in this action now have filed a motion for an order directing the High Desert State Prison library to provide all named plaintiffs with a copy of the screening order, a copy of the complaint, and a copy of the application to proceed *in forma pauperis*. (ECF No. 8).

The Court denies that motion. The Clerk of the Court already has physically mailed copies of these documents to each named plaintiff. Furthermore, because the Clerk of the Court did not attach a copy of the complaint or a copy of the application to proceed *in forma pauperis* to the notice of electronic filing, there are no such attachments for the law librarian to print.

**Conclusion**

IT IS THEREFORE ORDERED that the motion for an order directing the High Desert State Prison library to provide the named plaintiffs with copies of the screening order, complaint, and applications to proceed *in forma pauperis* is denied.

**IT IS FURTHER ORDERED that the High Desert State Prison librarian is directed to distribute copies of this order to each of the following people: Anthony Prentice (a.k.a. Ammianus Pompilius), Collin Monge, Martin Gillen, Bryan P. Bonham, Nicholas Navarrette, Pablo C. Torres, Chad Haefner, David Klein, and Michael Curtis.**

Dated: May 20, 2021

_____
U.S. Magistrate Judge