# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Prentice (a.k.a. Ammianus Pompilius), | Case No.: 2:21-cv-00369-JAD-VCF |
| Plaintiff | |
| v. | **Order Permitting Withdrawal of Motions** |
| Charles Daniels, et al., | [ECF Nos. 3, 4, 27] |
| Defendants | |

Plaintiff Anthony Prentice moves to withdraw his motions for injunctive relief as moot. With good cause appearing, IT IS HEREBY ORDERED that the request to withdraw these motions **[ECF No. 27] is GRANTED**; Prentice's Emergency Motion for Preliminary Injunction and Temporary Restraining Order **[ECF Nos. 3, 4] is DEEMED WITHDRAWN.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 15, 2021